IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-00423-RM-NRN | Date:  May 3, 2022 |
| Courtroom Deputy:  Román Villa | FTR:  Courtroom C203 |

| <u>Parties:</u> | <u>Counsel:</u> |
|---|---|
| JANE DOE, | Chet Kern |
| Plaintiff, | |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate, | |
| Defendant. | |

### COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**10:05 a.m.**    **Court in session.**

Court calls case. Appearance of counsel.

Preliminary remarks by the Court.

Discussion regarding status of case.

Discussion regarding Plaintiff's Motion to Proceed Under the Pseudonym "Jane Doe" and Seal Complaint (Dkt. #3).

**ORDERED:**  By the close of business on May 4, 2022, Counsel for Plaintiff shall supplement the Motion to Proceed Under the Pseudonym "Jane Doe" and Seal Complaint with the order from the District of Columbia that purportedly has allowed filing by pseudonym.

**ORDERED:**  Plaintiff shall forthwith serve Defendant. The Scheduling Conference is reset to June 6, 2022 at 10:00 a.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203. The Scheduling Conference will be conducted via telephone. The parties are directed to call the conference

line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. No later than five (5) business days prior to the Scheduling/Planning Conference, counsel/pro se parties shall file their proposed Scheduling Order **(in PDF)** in compliance with the ECF Filing Procedures, and shall also email a copy of the proposed Scheduling Order (as a Microsoft Word document) to Neureiter_Chambers@cod.uscourts.gov.

**10:18 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:13

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.