IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00423-NRN

JANE DOE,

Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      This matter is before the Court on review of the docket. I feel it prudent to disclose that I teach a class in Motions Advocacy at the University of Colorado Law School as an adjunct faculty member. I taught my first semester in the fall of 2021, and will teach the course again in the fall of 2022. This lawsuit is brought against the Regents of the University of Colorado, but it pertains to the University of Colorado School of Medicine. I have no affiliation with the School of Medicine. Accordingly, there can be no reasonable appearance of impartiality as it relates to the case at bar. *See* 28 U.S.C. § 455(a). I merely make this disclosure out of an abundance of caution and in the service of full transparency.

Date: May 3, 2022