IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00423-RM-NRN

JANE DOE,

Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that Plaintiff's Motion to Correct Record to Reflect Filing Date (Dkt. #4) is GRANTED as follows. The Complaint is deemed to have been filed on February 16, 2022.

Date: May 4, 2022