IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00423-RM-NRN

JANE DOE,

Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby **ORDERED** that Plaintiff's Motion for Extension of Time to Serve Complaint (Dkt. #23) is **DENIED**.

This case was filed on February 16, 2022. On February 18, 2022, Plaintiff was ordered to "promptly" effect service on Defendant. Plaintiff ignored that order. There is a Scheduling Conference currently set for June 6, 2022. The Court does not tolerate cases lingering on its docket, indefinitely and without progress. This matter must proceed.

In her motion, Plaintiff's states,

> Plaintiff is in a position where the Court has ordered it to serve a complaint, while an application remains pending as to whether said complaint is operative. Practically speaking, service of the redacted complaint without a final ruling as to whether Plaintiff can proceed pseudonymously may render the pending objection moot.

This statement is perplexing. No matter how Judge Moore rules on Plaintiff's objection, under no circumstances will Plaintiff be permitted to serve Defendant with a just a redacted copy of the Complaint (*see* Dkt. #11-1). Defendant is entitled to know the specific allegations of the Complaint. Moreover, as both the redacted Complaint and the version filed under Level 1 restriction (Dkt. #2) use Plaintiff's pseudonym, the Court fails to see how ordering service will render Plaintiff's request to proceed pseudonymously moot. However, the Court will order Defendant, once served, to use Plaintiff's pseudonym in filings with the Court until any objection to the Court's May 9, 2022 Order (Dkt. #22) is resolved by Judge Moore.

      Accordingly, it is further **ORDERED** that Plaintiff shall **<u>forthwith</u>** serve on Defendant a summons, a copy of the Complaint (Dkt. #2), and this Minute Order. A failure to immediately serve the Complaint on Defendant may result in sanctions, including potentially the dismissal of this case. Plaintiff has already ignored one order of this Court regarding service of the Complaint. Failure to follow this Order will result in consequences.

      It is further **ORDERED** that, once served with the Complaint, Defendant shall use Plaintiff's pseudonym in any filings with the Court until any objection to the Court's May 9, 2022 Order is resolved by Judge Moore. Plaintiff shall serve a copy of this Order on the Defendant in connection with service of the Complaint and summons.

<u>Date: May 19, 2022</u>