IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-00423-NRN

JANE DOE,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

To:    THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate

    Plaintiff, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 41(a)(1)(i)), voluntarily dismisses the above action, without prejudice, and files this notice of dismissal with the Clerk of the above-entitled court before service by defendant on plaintiff of either an answer or a motion for summary judgment.

This notice was filed on the date set forth below.

Dated: May 23, 2022

                                            KATZ & KERN, LLP

                                            *Attorneys for Plaintiff*

                                            By: *s/ Chet Kern*
                                                  Chet Kern, Esq.
                                                  44 Cook Street
                                                  Denver, Colorado 80206
                                                  Tel.: (303) 398-7000
                                                  E-mail: ckern@katzandkernllp.com

## CERTIFICATION OF GOOD STANDING

I certify that I am a member in good standing of the Bar of this Court.

*s/ Chet Kern*
Chet Kern, Esq.
44 Cook Street
Denver, Colorado 80206
Tel.: (303) 398-7000
E-mail: ckern@katzandkernllp.com
*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I certify that, on May 23, 2022, I filed the foregoing with the Clerk of the Court using the CM/ECF system.

*s/ Chet Kern*
Chet Kern, Esq.

3